**07 CV 6124**

BLANK ROME, LLP
Attorneys for Plaintiff
MATRIX GAS TRADING LIMITED
Richard V. Singleton II (RS-9489)
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATRIX GAS TRADING LIMITED,

        Plaintiff,

-against-

HOANG DAT CO. LTD. (CONG TY TNHH HOANG DAT),

        Defendant.

---

07 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff MATRIX GAS TRADING LIMITED certifies that, according to information provided to counsel by its client, MATRIX GAS TRADING LIMITED is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            June 29, 2007

                                      BLANK ROME, LLP
                                      Attorneys for Plaintiff
                                      MATRIX GAS TRADING LIMITED

                                      By _____
                                           Jack A. Greenbaum (JG 0039)
                                      The Chrysler Building
                                      405 Lexington Ave.
                                      New York, NY 10174-0208
                                      (212) 885-5000

311817.1
900200.00001/6557027v.1

1