Swain, 5,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2007

BLANK ROME, LLP
Attorneys for Plaintiff
MATRIX GAS TRADING LIMITED
Richard V. Singleton III (RS 9489)
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATRIX GAS TRADING LIMITED,

    Plaintiff,

-against-

HOANG DAT CO. LTD. (CONG TY TNHH HOANG DAT),

    Defendant.

---

07 Civ. 6124 (LTS)

NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF RULE B ATTACHMENT

---

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, on June 29, 2007, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, HOANG DAT CO. LTD. (CONG TY TNHH HOANG DAT), under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiff, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action on June 29, 2007, be and is hereby vacated.

127833.00601/6562036v.1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, NY
July 23, 2007

Respectfully submitted,
BLANK ROME, LLP
Attorneys for Plaintiff

By _____
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

SO ORDERED:

_____ 7/24/2007
U.S.D.J.