BLANK ROME, LLP
Attorneys for Plaintiff
MATRIX GAS TRADING LIMITED
Richard V. Singleton II (RS-9489)
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

ORIGINAL

SWAIN, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATRIX GAS TRADING LIMITED,

    Plaintiff,

-against-

HOANG DAT CO. LTD. (CONG TY TNHH HOANG DAT),

    Defendant.

07 Civ. 6124 (LTS)

**ORDER APPOINTING**
**PROCESS SERVER**

    Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Jack A. Greenbaum, Esq., that such appointment will result in substantial economies in time and expense,

    NOW, on motion of Blank Rome, LLP, attorneys for Plaintiff, it is

    **ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome, LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on

garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated:   New York, New York
         June **29**, 2007

                                        SO ORDERED:

                                        _____
                                        U.S.D.J.

BLANK ROME, LLP
Attorneys for Plaintiff
MATRIX GAS TRADING LIMITED
Richard V. Singleton II (RS-9489)
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATRIX GAS TRADING LIMITED,

    Plaintiff,

-against-

HOANG DAT CO. LTD. (CONG TY TNHH HOANG DAT),

    Defendant.

07 Civ. 6124 (LTS)

**AFFIDAVIT IN SUPPORT OF REQUEST FOR APPOINTMENT TO SERVE PROCESS**

---

STATE OF NEW YORK   )
                                  ) ss:
COUNTY OF NEW YORK  )

JACK A. GREENBAUM, being duly sworn, deposes and says:

1.    I am a member of the firm of Blank Rome, LLP attorneys for the Plaintiff herein.

2.    We have been advised that the U.S. Marshal's Service lacks sufficient staff to effect service of Process of Maritime Attachment and Garnishment promptly or economically. I respectfully request that the Court appoint Michael Watson, or any other person appointed by Blank Rome LLP who is over 18 years of age and is not a party to this action, to serve Process of Maritime Attachment and Garnishment and supplemental process on the garnishees named in Schedule A, or upon any other or additional garnishees as may be named in any supplemental

Process of Maritime Attachment and Garnishment.

WHEREFORE, it is respectfully requested that the aforementioned person, Michael Watson, or any other person appointed by Blank Rome, LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

                                                           Jack A. Greenbaum

Sworn to before me this
29th day of June 2007

Notary Public

ELAINE BONOWITZ
Notary Public, State of New York
No. 43-4893320
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires May 11, 20_11_

## SCHEDULE A

1. ABN Amro Bank N.V.
2. American Express Bank Ltd.
3. Bank of America, N.A.
4. The Bank of New York
5. Citibank, N.A.
6. Bank of China
7. Bank of Communications
8. HSBC Bank USA
9. JP Morgan Chase Bank, N.A.
10. Standard Chartered Bank
11. Wachovia Bank, N.A. – New York
12. Wells Fargo Bank, National Association